UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE: Foreign Subpoena Issued to:   )
SOUND CONCEPTS, INC.                 )
                                     )
                                     ) Miscellaneous Civil Action No.:3:13MC00001JLH
                                     )

### AGREED ORDER ON MOTION TO QUASH
### FOREIGN SUBPOENA TO PRODUCE DOCUMENTS

Comes before the Court the Motion to Quash Foreign Subpoena to Produce Documents filed by Sound Concepts, Inc. ("Movant"); the Court, being sufficiently advised, finds that the Movant and Savant Systems, LLC ("Requesting Party") have, based on the fact that the Requesting Party is satisfied with the production of documents by Movant, agreed to the entry of this Order; therefore, for good cause shown, it is

ORDERED that the Motion is GRANTED, and that the Subpoena is quashed.

Entered this 1st day of March, 2013.

_____
U.S. DISTRICT JUDGE

_____
James D. Sprott       #73116
Sprott & Golden
P.O. Box 1800
Harrison, Arkansas  72602-1800
Phone: (870) 741-3633
FAX : (870) 741-5479
jimsprott@windstream.net

_____
William J. Mostyn, IV
Cesari and McKenna, LLP
Attorneys at Law
88 Black Falcon Ave.
Boston, MA  02210
wjm@c-m.com